**Order entered September 30, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00845-CR

### EX PARTE NICHOLAS TULLETT

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MC22A0578**

### ORDER

Before the Court is the September 29, 2022 request of court reporter Pamela A. Durke-Sweeney for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **October 31, 2022**.

/s/    DENNISE GARCIA
        JUSTICE